IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ARDIE DEAN FISHER-DEY, #1267667 | § | |
| VS. | § | CIVIL ACTION NO. 6:16cv1191 |
| DAN MOORE | § | |

## ORDER DENYING MOTION FOR WRIT OF MANDAMUS

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love. The Report of the Magistrate Judge (docket entry #6), which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Report and Recommendation on Petitioner's motion for a writ of mandamus (docket entry #1) is **ADOPTED**. It is further

**ORDERED** that Petitioner's motion for a writ of mandamus (docket entry #1) is **DENIED**.

**So Ordered and Signed**
**Jan 19, 2017**

_____
Ron Clark, United States District Judge